## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-----------------------------------------------------------------

**IUE-CWA PENSION FUND,**

|  |  |  |
|---|---|---|
| | **Plaintiff** | **Civ. No. 09-06139 (KSH)** |
| **vs.** | | |
| | | **DEFAULT JUDGMENT** |

**CHENEY FLASHING CO., INC.**

**Defendant.**

-----------------------------------------------------------------

This matter having come before the Court by way of plaintiff's request to enter default judgment, and this Court having considered plaintiff's written submissions; and good cause appearing,

It is, on this 22nd day of November, 2011,

ORDERED that default judgment is entered against defendant on behalf of plaintiff in this matter, in the amount of $50,648.00 in contributions owed, $12,661.95 in interest, $10,129.60 in liquidated damages, $22,890.00 in attorney's fees, and $3,505.80 in costs, for a total combined amount of $99,835.35, together with post-judgment interest.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.